UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ALBERT MARK GOLD,<br><br>        Plaintiff,<br><br>    v.<br><br>ILLUMINA, INC., a Delaware corporation, and VERINATA HEALTH, INC. a Delaware Corporation,<br><br>        Defendants. | Case No. 4:22-cv-05036-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS ILLUMINA, INC. AND VERINATA HEALTH, INC.'S RULE 12(b)(1) MOTION TO DISMISS AND COMPEL ARBITRATION**<br><br>Date:      December 22, 2022<br>Time:     2:00 p.m.<br>Courtroom: 6 – 2nd Floor<br>Judge:    Hon. Jon S. Tigar |

# [PROPOSED] ORDER

Defendants Illumina, Inc. and Verinata Health, Inc.'s ("Defendants") Rule 12(b)(1) Motion to Dismiss and Compel Arbitration came on for hearing on or about December 22, 2022 at 2:00 p.m., the Honorable Jon S. Tigar presiding. Defendants were represented by their counsel of record from Paul, Plevin, Sullivan & Connaughton, LLP, and Plaintiff Albert Mark Gold ("Plaintiff") was represented by his counsel of record from The Jaffe Law Firm.

The Court, having read and considered the supporting and opposition points and authorities, declarations, and exhibits submitted therewith, and having considered the arguments of counsel, and good cause appearing therefore, orders as follows:

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss and Compel Arbitration is GRANTED on the grounds that there exists a written, valid, and enforceable arbitration agreement between Plaintiff and Defendants to arbitrate Plaintiff's employment-related claims.

**IT IS FURTHER ORDERED THAT** the instant civil action be dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: _____, 2022

By: _____
HONORABLE JON S. TIGAR
U.S. District Court Judge